**MISSION CRITICAL SOLUTIONS,**
**Plaintiff,**

v.

**UNITED STATES, Defendant–**
**Appellant.**

**No. 2010–5099.**

United States Court of Appeals,
Federal Circuit.

Nov. 15, 2010.

John R. Tolle, Barton, Baker, McMahon & Tolle, McLean, VA, for Plaintiff.

Steven M. Mager, Beth S. Brinkmann, Department of Justice, Washington, DC, for Defendant–Appellant.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).